IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL D. CALDWELL, #261 005 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:10-CV-784-WC |
| | ) | [WO] |
| | ) | |
| GOV. BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that:

1. Plaintiff's motion for a preliminary injunction and requests for declaratory and permanent injunctive relief (Doc. No. 1) are DENIED as moot;

2. Plaintiff's challenges to the Alabama Community Notification Act are DISMISSED for lack of subject matter jurisdiction;

3. Defendants' motion for summary judgment with respect to Plaintiff's remaining § 1983 claims (Doc. No. 23) is GRANTED;

4. Plaintiff's state law claims are DISMISSED without prejudice;

5. Judgment is ENTERED in favor of Defendants and against Plaintiff;

6. This case is DISMISSED with prejudice; and

7. No costs are taxed.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done this 27th day of February, 2013.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE